UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA PACHECO BANUELOS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendants. | Case No. 1:16-cv-00687-EPG<br><br>ORDER SEALING DOCKET ENTRY<br><br>(ECF Nos. 13, 15) |

On October 31, 2016, a confidential document was inadvertently filed and labeled as a "Certificate of Service" by Plaintiff in the Court's Electronic Case Filing system. (ECF No. 13.) Plaintiff filed the corrected document on November 3, 2016. (ECF No. 14.) A day later, Plaintiff filed a notice requesting that the October 31 filing be sealed or withdrawn due to its confidential nature. (ECF No. 15.) Being fully advised of the premises, the Court GRANTS the request (ECF No. 15) and directs the Clerk to permanently seal the October 31 filing (ECF No. 13).

IT IS SO ORDERED.

    Dated:   **November 7, 2016**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1