Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
IRMA PACHECO DE BANUELOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA PACHECO DE BANUELOS | Case No.: 1:16-cv-00687-EPG |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF; ORDER |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Irma Pacheco De Banuelos and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 2 days from January 4, 2017 to January 6, 2017 for Plaintiff to file a Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: January 4, 2017      Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
    _____
    Cyrus Safa
    Attorney for plaintiff

Ms. Irma Pacheco De Banuelos

DATE: January 4, 2017

PHILLIP A. TALBET
*United States Attorney*

BY: /s/ *Roya Massoumi*
    _____
    Roya Massoumi
    Special Assistant United States Attorney
    Attorneys for defendant Carolyn W. Colvin
    |*authorized by e-mail|

### Order

Based upon the above stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to file her Opening Brief. Plaintiff shall file her opening brief no later than **January 6, 2017**. All other deadlines set forth in the Scheduling Order (ECF No. 7) are modified accordingly.

IT IS SO ORDERED.

Dated: **January 5, 2017**      /s/ *Erica P. Grosjean*
    UNITED STATES MAGISTRATE JUDGE