PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8957
Facsimile: (415) 744-0134
E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| IRMA PACHECO BANUELOS<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:16-CV-00687-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

        IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from February 6, 2017, to March 8, 2017 due to current workload demands.  This is Defendant's first request for extension.  Good cause exists as counsel for Defendant has four other pending responses due at or around the same time and a Ninth Circuit responsive brief due to the U.S. Attorney's Office shortly thereafter.  Defendant respectfully requests additional time to respond

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).
Joint Stipulation for Extension of Time, Case No. 1:16-CV-00687-EPG

to Plaintiff's Motion for Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 25, 2017        /s/ *Cyrus Safa
(*as authorized by email on January 25, 2017)
CYRUS SAFA
Attorney for Plaintiff


Dated:  January 25, 2017       PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration


By        /s/  Roya Massoumi
Roya Massoumi
Special Assistant U.S. Attorney

Of Counsel:
TINA L. NAICKER
Assistant Regional Counsel

Attorneys for Defendant

Joint Stipulation for Extension of Time, Case No. 1:16-CV-00687-EPG

1

## **ORDER**

2

      For the reasons stated in the stipulation, good cause appears to extend the time for

3

responding to Plaintiff's opening brief from February 6, 2017, to March 8, 2017.

4

5

IT IS SO ORDERED.

6

    Dated:   __**January 26, 2017**__         /s/ *Erica P. Grosjean*

7

                               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation for Extension of Time, Case No. 1:16-CV-00687-EPG