```
PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5611
    Facsimile: (415) 744-0134
    E-Mail: Tina.Naicker@SSA.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| IRMA PACHECO BANUELOS,<br><br>    Plaintiff,<br><br>  vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:16-CV-00687-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 8, 2017, to April 7, 2017 due to current workload demands.  This is Defendant's second request for extension.  Good cause exists as counsel for Defendant has a Ninth Circuit responsive brief due to the U.S. Attorney's Office on or around the same time as the current deadline.  In addition, counsel for Defendant needs additional time to complete the agency's review process for new attorneys and due to scheduling conflicts with anticipated leave from March 10-21, 2017, counsel will not be able to complete the review process, which requires additional levels of review.  Defendant respectfully requests additional time to respond to Plaintiff's Motion for

1  Summary Judgment in order to adequately research and analyze the issues presented by Plaintiff.
2  Defendant makes this request in good faith with no intention to unduly delay the proceedings.
3      The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.
5                              Respectfully submitted,
6
7  Dated: February 28, 2017        /s/ *Cyrus Safa
                                   (*as authorized by email on February 28, 2017)
8                                  CYRUS SAFA
                                   Attorney for Plaintiff
9
10
11 Dated:  February 28, 2017       PHILLIP A. TALBERT
                                   United States Attorney
12                                 DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
13                                 Social Security Administration
14
15                          By     /s/ Tina L. Naicker
                                   TINA L. NAICKER
16                                 Special Assistant U.S. Attorney
17                                 Attorneys for Defendant
18                              **ORDER**
19      Based on the above stipulation and good cause appearing therein, the Court grants Defendant
20 an extension of time to file her opposition to Plaintiff's opening brief. Defendant's opposition brief
21 shall be filed no later than **April 7, 2017**. Plaintiff may file her reply brief no later than **April 24,**
22 **2017**.
23
24 IT IS SO ORDERED.
25
26    Dated:  **March 2, 2017**            /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE
27
28

Joint Stipulation for Extension of Time, Case No. 1:16-CV-00687-EPG

2