PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| IRMA PACHECO BANUELOS,<br><br>        Plaintiff,<br><br>    vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-CV-00687-EPG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for an additional three days from April 7, 2017 to **April 10, 2017**.  This is Defendant's third request for extension.  Good cause exists as counsel for Defendant was unexpectedly out of the office last week and anticipates taking further leave this week, including on April 7, 2017, the current deadline for Defendant's response, in order to take her mother to the hospital for an urgent medical issue.  Counsel for Defendant is the primary caregiver for her elderly and disabled mother.  Due to the unexpected absences, counsel needs additional time to adequately research, analyze, and respond to the issues raised in Plaintiff's Motion for Summary Judgment.

1  Defendant makes this request in good faith with no intention to unduly delay the
2  proceedings.  Defendant will diligently make the new deadline.  The parties further stipulate that
3  the Court's Scheduling Order shall be modified accordingly.

4                                                            Respectfully submitted,

5
6  Dated:  April 4, 2017                        */s/ *Cyrus Safa*
                                                (*as authorized by email on April 4, 2017)
7                                               CYRUS SAFA
                                                Attorney for Plaintiff
8

9
10 Dated:  April 4, 2017                        PHILLIP A. TALBERT
                                                United States Attorney
11                                              DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
12                                              Social Security Administration
13
14                                     By       */s/ Tina L. Naicker*
                                                TINA L. NAICKER
15                                              Special Assistant U.S. Attorney

16                                              Attorneys for Defendant

17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

For the reasons provided in the parties' stipulation, good cause appears for an extension of time for responding to Plaintiff's Motion for Summary Judgment for until April 10, 2017. All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: **April 5, 2017**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE